# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

137959
(97)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 137959
COA: 276845
Calhoun CC: 06-004001-FH

BARRY WAYNE ADAMS,
     Defendant-Appellant.

_____/

     On order of the Court, the motion for reconsideration of this Court's March 23, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

              Clerk